FILED '09 SEP 10 08:16 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY M. SUNDEEN, )
)
        Petitioner, )
) Civil No. 09-0761-TC
v. )
) ORDER
MARK NOOTH, Superintendent, )
Snake River Correctional )
Institute, )
)
        Respondent. )
)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 6, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's application for a writ of habeas corpus is dismissed for failure to exhaust state remedies.

DATED this  9th  day of September, 2009.

_____
United States District Judge

2    - ORDER